IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01852-MJW

FRANKLIN MENDIOLA,
on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

ADP SCREENING AND SELECTION SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Stay Proceedings (docket no. 7) is GRANTED for the reasons stated in the subject motion.  This case is STAYED until further Order of Court.

    It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on October 29, 2015, at 9:30 a.m. is VACATED.

    It is FURTHER ORDERED that the parties shall file a written Status Report regarding the *Spokeo* case pending before the U.S. Supreme Court on the first day of each month beginning on December 1, 2015.

Date: October 7, 2015